IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH and LINDA BOESSENECKER,<br><br>        Plaintiffs,<br>   v.<br><br>JPMORGAN CHASE BANK,<br><br>        Defendant.<br>_____/ | No. C 13-0491 MMC<br><br>**ORDER CONTINUING JUNE 14, 2013 CASE MANAGEMENT** |

In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for June 14, 2013 is hereby CONTINUED to September 20, 2013 at 10:30 a.m.  The parties shall file an updated Joint Case Management Statement no later than September 13, 2013.

**IT IS SO ORDERED.**

Dated:  June 10, 2013

_____
MAXINE M. CHESNEY
United States District Judge