IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AND LINDA BOESSENECKER, | No. C 13-491 MMC |
| Plaintiffs, | **ORDER VACATING JULY 26, 2013 HEARING ON MOTION** |
| v. | |
| JPMORGAN CHASE BANK, | |
| Defendant. | |

Before the Court is defendant's motion, filed May 16, 2013, to dismiss the above-titled action. Plaintiffs have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for July 26, 2013.

**IT IS SO ORDERED.**

Dated: July 23, 2013

MAXINE M. CHESNEY
United States District Judge