1  PHILIP A. MCLEOD, CASB No. 101101
   philip.mcleod@kyl.com
2  JESSICA LUHRS, CASB No. 284846
   jessica.luhrs@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A.

8
   Tiffany R. Norman, CASB No. 239873
9  TRN LAW ASSOCIATES
   654 Sacramento Street, Second Floor
10 San Francisco, CA 94111
   Telephone:    (415) 823-4566
11 Facsimile:    (415) 76205490

12 Attorney for Plaintiffs
    JOSEPH and LINDA BOESSENECKER
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JOSEPH and LINDA BOESSENECKER,  ) | Case No. C 13 0491 MMC |
| ) | |
| Plaintiffs,  ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO CONTINUE HEARING DATE AND** |
| vs.  ) | **DEADLINE TO OPPOSE MOTION FOR** |
| ) | **LEAVE TO FILE THIRD AMENDED** |
| JPMORGAN CHASE BANK, N.A.,  ) | **COMPLAINT** |
| ) | |
| Defendant.  ) | Date:    June 27, 2014 |
| ) | Time:    9:00 a.m. |
| ) | Place:   Courtroom 7 |

Plaintiffs JOSEPH and LINDA BOESSENECKER ("Plaintiffs") and Defendants JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Motion for Leave to File a Third Amended Complaint

- 1 -  KYL_SF643881
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND DEADLINE
TO OPPOSE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT - Case No. C 13
0491 MMC

1  (the "Motion") on June 4, 2014, and the Motion hearing date is currently scheduled for June 27, 2014

2  at 9:00 a.m. in Courtroom 7 of the above-entitled Court, Judge Maxine M. Chesney presiding;

3        WHEREAS, Plaintiffs did not provide Chase with sufficient notice of the Motion

4  hearing date pursuant to Local Rule 7-2.

5        WHEREAS, Chase's deadline to file an Opposition to the Motion is currently June 17,

6  2014;

7        WHEREAS, Plaintiffs' deadline to file a Reply in support of the Motion is currently

8  June 24, 2014; and

9        WHEREAS, the Parties are currently engaged in settlement discussions and therefore

10  wish to continue the above deadlines, in the interest of judicial economy and to facilitate settlement

11  discussions;

12        NOW THEREFORE, the Parties stipulate and agree as follows:

13        The Parties request that the hearing on the Motion be continued to August 1, 2014, with

14  Chase's Opposition due on July 18, 2014, and Plaintiffs' Reply due on July 25, 2014.

15        IT IS SO STIPULATED.

16

17  DATED:  June 16, 2014              */s/ Jessica Luhrs*_____
18                                       PHILIP A. MCLEOD
                                     JESSICA LUHRS
19                                       KEESAL, YOUNG & LOGAN
                                     Attorneys for Defendant
20                                       JPMORGAN CHASE BANK, N.A.

21

22  DATED: June 16, 2014              */s/ Tiffany Norman*_____
                                     TIFFANY NORMAN
23                                       TRN LAW ASSOCIATES
                                     Attorney for Plaintiffs
24                                       JOSEPH and LINDA BOESSENECKER

25

26     *I, Jessica Luhrs attest that concurrence in the filing of this document has been obtained from*

27  *each of the signatories.  I declare under penalty of perjury under the laws of the United States of*

28  *America that the foregoing is true and correct.*

- 2 -                                                                                              KYL_SF643881
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND DEADLINE
TO OPPOSE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT - Case No. C 13
0491 MMC

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, it is hereby ORDERED that:

1. The hearing on Plaintiffs' Motion for Leave to File a Third Amended Complaint shall be continued to __August 8__, 2014 at __9:00 a.m.__;[1]

2. Chase's Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint shall be due on __July 18__, 2014; and

3. Plaintiffs' Reply in support of their Motion for Leave to File a Third Amended Complaint shall be due on __July 25__, 2014.

**IT IS SO ORDERED.**

DATED:   June 17, 2014

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

---

[1] The hearing date selected by the parties, August 1, 2014, is one week after the date they selected for the reply and, consequently, is not in compliance with the Civil Local Rules of this District, which contemplate a period of at least 14 days between the filing of a reply and the hearing date. See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion"); Civil L.R. 7-3(a)-(c) (requiring opposition to be filed "not more than 14 days after the motion was filed" and reply to be filed "not more than 7 days after the opposition was due").