IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOESSENECKER; LINDA BOESSENECKER,<br><br>        Plaintiffs,<br>  v.<br>JPMORGAN CHASE BANK, N.A.,<br>        Defendant. | No. C 13-0491 MMC<br><br>**ORDER OF DISMISSAL** |

    The parties having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 120 days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

    **IT IS SO ORDERED.**

Dated: July 23, 2014

                                                MAXINE M. CHESNEY
                                              United States District Judge