PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH and LINDA BOESSENECKER,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. C 13 0491 MMC<br><br>**STIPULATED NOTICE OF DISMISSAL AND [PROPOSED] ORDER** |

**TO THE HONORABLE MAXINE M. CHESNEY, UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE THAT Plaintiffs JOSEPH and LINDA BOESSENECKER ("Plaintiffs") and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") (collectively, the "Parties"), respectfully submit this Stipulated Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii).

WHEREAS, the Parties filed a Notice of Settlement on July 16, 2014 in which they advised the Court that they reached a settlement and that Plaintiffs would file a Notice of Dismissal once the terms of the final settlement agreement were fulfilled;

WHEREAS, pursuant to the terms of the settlement agreement between the Parties, Plaintiffs agreed to immediately dismiss this action with prejudice once the terms of the final settlement agreement were fulfilled;

1                 WHEREAS, on July 23, 2014, this Court issued an order dismissing the lawsuit

2 without prejudice;

3                 WHEREAS, on September 25, 2014, the Parties completed the settlement and fulfilled

4 all the terms of the settlement agreement;

5                 WHEREAS, Plaintiffs therefore seek an Order from this Court dismissing the lawsuit

6 *with prejudice.*

7                 Respectfully submitted by,

8

9 DATED:  September 29, 2014                 */s/ Jessica Luhrs*_____

10                                         PHILIP A. MCLEOD
JESSICA LUHRS

11                                         KEESAL, YOUNG & LOGAN
Attorneys for Defendant

12                                         JPMORGAN CHASE BANK, N.A.

13

14 DATED: September 29, 2014                 */s/ Tiffany R. Norman*_____

15                                         TIFFANY R. NORMAN
TRN LAW ASSOCIATES

16                                         Attorney for Plaintiffs
JOSEPH and LINDA BOESSENECKER

17

18        *I, Jessica Luhrs attest that concurrence in the filing of this document has been obtained from*

19 *each of the signatories.  I declare under penalty of perjury under the laws of the United States of*

20 *America that the foregoing is true and correct.*

21

22

23

24

25

26

27

28

KYL_SF656642

STIPULATED NOTICE OF DISMISSAL AND [PROPOSED] ORDER - Case No. C 13 0491 MMC

1

## [PROPOSED] ORDER

2          Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY

3 ORDERED that the lawsuit is dismissed with prejudice.

4

5 IT IS SO ORDERED.

6

7

8 Dated:  September 30, 2014

MAXINE M. CHESNEY
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28